1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 XIAO DONG SUN,                          )
                                           )    No. C 07-0516 JL
13              Plaintiff,                  )
                                           )
14        v.                                )
                                           )    **STIPULATION TO DISMISS; AND
15 MICHAEL CHERTOFF, Secretary of the      )    [PROPOSED] ORDER**
   Dept. of Homeland Security;             )
16 EMILIO T. GONZALEZ, Director of         )
   United States Citizenship and Immigration )
17 Services;                               )
   DAVID STILL, San Francisco Director,    )
18 United States Citizenship and Immigration )
   Services;                               )
19 ROBERT S. MULLER, III, Director of the  )
   Federal Bureau of Investigation,        )
20                                         )
                Defendants.                )
21 _____ )

22        Plaintiff, by and though his attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

24 above-entitled action without prejudice in light of the fact that the United States Citizenship and

25 Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees

26 to do so within 30 days of the dismissal of this action.

27        Each of the parties shall bear their own costs and fees.

28 ///

   Stip. to Dismiss
   C07-0516 JL                              1

1    Date: May 10, 2007                          Respectfully submitted,

2                                                SCOTT N. SCHOOLS
                                                 United States Attorney
3

4                                                _____/s/_____
5                                                ILA C. DEISS
                                                 Assistant United States Attorney
6                                                Attorneys for Defendants

7

8                                                _____/s/_____
9    Date: May 10, 2007                          LAWRENCE FONG
                                                 Attorney for Plaintiff
10

11

12

13                              **ORDER**

14       Pursuant to stipulation, IT IS SO ORDERED.

15

16
     Date:   May 11, 2007
17

18

19

20

21

22

23

24

25

26

27

28

     Stip. to Dismiss
     C07-0516 JL                           2